**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00634-CV

## IN THE INTEREST OF V.W. JR.,  A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90770**

## ORDER

Mother's brief in this child protection case is overdue.  Because these types of appeals must be handled expeditiously, Mother is **ORDERED** to file her brief within **FIFTEEN DAYS** of the date of this order.  *See* TEX. R. JUD. ADMIN. 6.2(a) (appeal of child protection case should, so far as reasonably possible, be disposed of within 180 of the date the notice of appeal is filed).  Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why Mother's brief has not been filed.  *See* TEX. R. APP. P. 38.9(a)(2).

/s/     AMANDA L. REICHEK
        JUSTICE